IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL J. MUMMERT,** | : | Civil No. 1:19-CV-01676 |
| **Plaintiff,** | : | |
| v. | : | |
| **RUTTER BROS. DAIRY, INC.** and **RICKY MILLER,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

## ORDER

**AND NOW**, this 1st day of July, 2021, upon consideration of the motion for summary judgment filed by Defendants Rutter Bros. Dairy, Inc. and Ricky Miller (Doc. 26) and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that:

(1) Defendants' motion for summary judgment is **GRANTED**;

(2) all claims asserted by Plaintiff Michael J. Mummert are **DISMISSED** with prejudice;

(3) all outstanding motions for limine (Docs. 34, 36, 38, 40, 42, 43, 45, 46, 48, 49, 51, 52) are **DENIED** as moot; and

(4) the Clerk of Court is **DIRECTED** to close this case.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge